IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:11-CV-2661-D |
| VS. | § | |
| | § | |
| THE HANOVER INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

MEMORANDUM OPINION
AND ORDER

The parties' December 12, 2013 agreed motion to seal court's order is granted as follows.[*]

The purpose of the parties' motion is to facilitate the settlement in this case by effecting the withdrawal of the court's September 24, 2013 memorandum opinion and order. *See Fed. Ins. Co. v. Hanover Ins. Co.*, 2013 WL 5339210 (N.D. Tex. Sept. 24, 2013) (Fitzwater, C. J.). The parties made such a request on November 27, 2013. In an order filed the same day, the court noted that the opinion had been selected for publication in the Federal Supplement. Consequently, the court stated that if the parties represented and the court confirmed that the opinion was being withdrawn from publication, the court would in turn withdraw the opinion. The parties have advised the court in the instant motion that they have made this request and the opinion has been withdrawn from publication in the Federal Supplement. The court has confirmed that this representation is correct.

Accordingly, the court's September 24, 2013 memorandum opinion and order, reported at

---

[*]Under § 205(a)(5) of the E-Government Act of 2002 and the definition of "written opinion" adopted by the Judicial Conference of the United States, this is a "written opinion[] issued by the court" because it "sets forth a reasoned explanation for [the] court's decision." It has been written, however, primarily for the parties, to decide issues presented in this case, and not for publication in an official reporter, and should be understood accordingly.

2013 WL 5339210, is hereby withdrawn in its entirety, as if it had never been filed.

**SO ORDERED**.

December 12, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE